IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 1:08cv00501 |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| NORTH AMERICAN LAND CORPORATION, | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Sara Hongisto and other similarly situated female employees, who were adversely affected by such practices. As more fully described below, Plaintiff alleges that Sara Hongisto and other similarly situated female employees were sexually harassed and subjected to a hostile work environment while working for Defendant, because of their sex, female.

JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of North Carolina, Asheville Division.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant North American Land Corporation ("Defendant"), has been a Virginia corporation doing business in the state of North Carolina and the county of Madison, and has continuously had at least 15 employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Sara Hongisto filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  From around February 2006 through at least December 2006, Defendant engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Specifically, Defendant subjected Sara Hongisto and other similarly situated female employees to sexual harassment that created a sexually hostile work environment based on their sex, female. The sexual harassment occurred at various offices of Defendant, including, but not limited to, the office located in Marshall, North Carolina, and at various work related sites and work related functions of Defendant. The sexual harassment was severe or pervasive and included, but was not limited to, unwelcome sexual comments, sexual requests and touching.

The sexual harassment was perpetrated by Defendant employees who had direct supervisory authority over Charging Party and/or the other affected women.

8. The effect of the practices complained of in paragraph 7 has been to deprive Sara Hongisto other similarly situated female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, female.

9. The unlawful employment practices complained of in paragraph 7 were intentional.

10. The unlawful employment practices complained of in paragraph 7 were done with malice or with reckless indifference to the federally protected rights of Sara Hongisto and other similarly situated female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from maintaining a sexually hostile work environment and any other employment practice which discriminates on the basis of sex.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Sarah Hongisto and other similarly situated female employees by providing compensation for pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

D. Order Defendant to make whole Sara Hongisto and other similarly situated female employees by providing compensation for non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem, and loss of civil rights in amounts to be determined at trial.

E. Order Defendant to pay Sara Hongisto and other similarly situated female employees punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

This the 28th day of October, 2008.

>	RONALD S. COOPER
>	General Counsel
>
>	JAMES L. LEE
>	Deputy General Counsel
>
>	GWENDOLYN YOUNG REAMS
>	Associate General Counsel
>	EQUAL EMPLOYMENT OPPORTUNITY
>	COMMISSION
>	1801 L Street, N.W.
>	Washington, D.C.  20507
>
>	  s/ Lynette A. Barnes
>	LYNETTE A. BARNES (NC Bar 19732)
>	Regional Attorney
>	E-mail: lynette.barnes@eeoc.gov

TINA BURNSIDE (WI Bar 1026965)
Supervisory Trial Attorney
E-mail: tina.burnside@eeoc.gov

  s/ Kara Gibbon Haden
KARA GIBBON HADEN (NC Bar 26192)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone:  (704) 344-6887
Facsimile:   (704) 344-6780
Email: kara.haden@eeoc.gov