# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
            Plaintiff,

v.

NORTH AMERICAN LAND CORPORATION,
            Defendant.

) CIVIL ACTION NO. 1:08cv00501
)
)
)
)
)       ORDER
)
)
)
)
)
)

Upon the motion filed by Plaintiff Equal Employment Opportunity Commission and for good cause shown, DEFAULT is hereby ENTERED against Defendant North American Land Corporation.

Dated this 28th day of January, 2009.

_Frank D. Johns_
Clerk of Court