# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv501

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NORTH AMERICAN LAND ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on Sara Hongisto's Motion to Intervene. No response or objection have been filed within the time allowed, and it appears to the court that Sara Hongisto should be allowed to intervene as a matter of right as an aggrieved party. 42 U.S.C. § 2000e-5(f)(1). Having considered Sara Hongisto's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Sara Hongisto's Motion to Intervene (#4) is **GRANTED,** and

(1) Ms. Hongisto is **ALLOWED** to intervene as a plaintiff in this matter;

(2) the intervenor shall file the proposed Complaint in Intervention within 10 days;

(3) the intervenor **SERVE** such Complaint in Intervention upon the defendant in accordance with Rule 4, Federal Rules of Civil Procedure, as such is required under Rule 5(a)(2), inasmuch as the defendant is in default; and

(4) that defendant **ANSWER** such Complaint in intervention within 20 days of service of same.

Signed: February 7, 2009

Dennis L. Howell
United States Magistrate Judge