IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

No.: 1:08-CV-00501

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>SARA HONGISTO, )<br>)<br>Intervenor Plaintiff )<br>v. )<br>)<br>NORTH AMERICAN LAND CORPORATION )<br>)<br>Defendant. ) | ORDER |

Upon the motion filed by the Intervenor Plaintiff Hongisto and for good cause shown, DEFAULT is hereby ENTERED against Defendant North American Land Corporation.

Dated this __14th__ day of April, 2009
.

                                              s/Elizabeth Wurst
                                              Deputy Clerk