IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv501

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) and ) ) SARA HONGISTO, ) ) Plaintiff Intervenor, ) ) Vs. ) ) NORTH AMERICAN LAND CORPORATION, ) ) Defendant. ) _____ ) | CASE STATUS ORDER |

**THIS MATTER** is before the court on periodic review. Review of this matter reveals that all claims asserted in this action by both plaintiff and intervenor plaintiff have been resolved through default and that such final default was entered April 15, 2009. Since that time, no action has been taken by plaintiffs to move this case forward as is their obligation under Local Civil Rule 16.1(D) as issued joined when the final default was entered. Plaintiffs shall file a Motion for Default Judgment, a CIAC and proposed Pretrial Order, or other motion moving this case forward not later

-1-

than September 18, 2009.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs shall file a Motion for Default Judgment, a CIAC and proposed Pretrial Order, or other motion moving this case forward not later than September 18, 2009.

Signed: September 10, 2009

Dennis L. Howell
United States Magistrate Judge