IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv501

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) and ) ) SARA HONGISTO, ) ) Intervenor Plaintiff, ) ) vs. ) ) NORTH AMERICAN LAND CORPORATION, ) ) Defendant. ) ) | JUDGMENT |

For the reasons stated in the Memorandum and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Judgment in favor of the Equal Employment Opportunity Commission and against the Defendant North American Land Corporation is hereby entered as follows:

1. On behalf of Emily Layton in the amount of thirty thousand dollars ($30,000.00);

2. On behalf of Beth Loveday in the amount of fifteen thousand dollars ($15,000.00);

3. On behalf of Jaime Winnett in the amount of forty thousand dollars ($40,000.00);

4. On behalf of Julie Kelly in the amount of ten thousand dollars ($10,000.00); and

5. On behalf of Valerie Koehler in the amount of five thousand dollars ($5,000.00),

together with costs and interest from the date of Judgment.

Signed: July 7, 2010

Martin Reidinger
United States District Judge