IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv501

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) and ) ) SARA HONGISTO, ) ) Intervenor Plaintiff, ) ) vs. ) ) NORTH AMERICAN LAND CORPORATION, ) ) Defendant. ) ) | JUDGMENT |

For the reasons stated in the Memorandum and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Judgment in favor of the Equal Employment Opportunity Commission and Sara Hongisto in the amount of fifty-nine thousand four hundred forty-seven and 81/100 dollars ($59,447.81) is hereby entered against the

Defendant North American Land Corporation, together with costs and interest from the date of Judgment.

Signed: July 7, 2010

Martin Reidinger
United States District Judge